# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-00614-CMA-NYW

WILLIAM DAVID BAKER and JEFFREY GILL on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

HELIX TCS, INC.

    Defendant.

## NOTICE OF DISMISSAL

COME NOW the Plaintiffs, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby dismiss this action and state:

1. Plaintiffs dismiss their action based on the jurisdictional issues raised by Defendant in its Motion to Dismiss. Doc. No. 9.

2. Defendant has not served an answer or a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs may dismiss without an order from the Court.

                                                                */s/ Brandt Milstein*
                                                                 Brandt Milstein
                                                                 Milstein Law Office
                                                                 595 Canyon Boulevard
                                                                 Boulder, CO 80302
                                                                 Telephone: (303) 440-8780
                                                                 brandt@milsteinlawoffice.com

                                                                 *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I filed this *Notice* electronically through the CM/ECF system, which caused all parties entitled to service to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*S/ Brandt Milstein*